FILED IN OPEN COURT
8-28-06
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INFORMATION |
| v. | : | |
| MOHAMED SHORBAGI | : | NO. 4:06-CR-062-HLM |

THE UNITED STATES ATTORNEY CHARGES THAT:

From a date unknown, but beginning no later than on or about October 8, 1997, and continuing until on or about December 4, 2001, the defendant, MOHAMED SHORBAGI, within the United States, unlawfully and knowingly did combine, conspire, confederate, and agree with other persons, known and unknown, to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b), to a foreign terrorist organization, namely HAMAS, knowing that HAMAS was then designated a terrorist organization under 8 U.S.C. § 1189; all in violation of Title 18, United States Code, Section 2339B.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

KIM S. DAMMERS
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6187
Georgia Bar No. 325417