

ROME DIVISION
# CRIMINAL MINUTE SHEET

(X) IN OPEN COURT    () IN CHAMBERS          DATE: 08/28/2006          TIME: 1.0 HRS.

### HONORABLE HAROLD L. MURPHY

| | |
|---|---|
| SAMUEL M. JOHNSTON<br>COURTROOM DEPUTY | DENNIS J. REIDY<br>COURT REPORTER |
| UNITED STATES OF AMERICA | KIM DAMMERS |
| V. | CASE NO.    4:06-CR-62-01-HLM<br>INFORMATION |
| MOHAMED SHORBAGI | MICHAEL TROST |

**ARRAIGNMENT - SENTENCE-PROBATION REVOCATION:**

    DFT. NOT APPEARING - COURT DIRECTED BENCH WARRANT TO BE ISSUED

XX    ARRAIGNMENT HELD; DFT. INFORMED OF RIGHTS

    MOTION TO CHANGE PLEA AND ORDER ALLOWING SAME

XX    DFT. ENTERS PLEA OF GUILTY TO COUNT(S):    ONE (1) OF THE CRIMINAL INFORMATION

    DFT ENTERS PLEA OF NOLO TO COUNT(S):

XX    SENTENCING SET FOR:    **FRIDAY, NOVEMBER 03, 2006, AT 1:30 P.M.**

    NOTICE OF SENTENCE TO    (X) DFT.  (X) CNSL.  (X) USA  (X) USM  (X) USPO  (X) SURETY
**HEARING/PRE-TRIAL/ EVIDENCE:**

-    INTERPRETER: **NOT NEEDED**

-    INITIAL APPEARANCE FOR INFORMATION

-    DFT. TENDERED WAIVER OF INDICTMENT; PLEA OF GUILTY W/ COUNSEL; CT. INQUIRED OF DEFENDANT HIS DESIRE TO WAIVE A FORMAL INDICTMENT AND HE AGREED TO DO SO; FILED THE WAIVER OF INDICTMENT; NEGOTIATED PLEA AGREEMENT; DFT. SWORN; DFT. ADVISED OF RIGHTS; PLEA ACCEPTED; THE PLEA AGREEMENT IS TAKEN UNDER ADVISEMENT UNTIL TIME OF SENTENCING.

-    DFT. ALLOWED BOND - BOND SET AT $15,000.00 OR

    GOVERNMENT'S MOTION TO DISMISS COUNTS AND ORDER GRANTING SAME - COUNT(S):

EXHIBITS RETURNED TO COUNSEL FOR    () PLAINTIFF
    () DEFENDANT
    () COURT REPORTER
    () RETAINED BY THE COURT