IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

SEP 0 6 2006

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,        )
                                 )
vs.                              )
                                 )        CASE NO. 4:06-CR-62
MOHAMED SHORBAGI,                )
                                 )
            Defendant.           )


PLEA OF GUILTY

August 28, 2006

BEFORE THE HON. HAROLD L. MURPHY


APPEARANCES:

FOR THE GOVERNMENT:        Ms. Kim Dammers

FOR THE DEFENDANT:         Mr. Michael Trost


Reported by:
Martha J. Frutchey
U.S. District Reporter
Room 2314, United States Courthouse
75 Spring Street, SW
Atlanta, Georgia  30303
(404) 215-1573