FILED IN CLERK'S OFFICE
U.S.D.C. Rome

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

SEP 2 8 2006

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL ACTION |
| v. | : NO. 4:06-CR-62-HLM |
| | : |
| MOHAMED SHORBAGI | : **UNDER SEAL** |

## MOTION BY THE UNITED STATES FOR LIMITED DISCLOSURE OF THE PARTIES' PLEA AGREEMENT

Comes now the United States of America, by David E. Nahmias, United States Attorney, and Kim S. Dammers, Assistant United States Attorney for the Northern District of Georgia, and files this, its MOTION FOR LIMITED DISCLOSURE OF THE PARTIES' PLEA AGREEMENT, as follows:

1.

On August 28, 2006, this Court orally granted the parties' joint Motion to Seal the Courtroom and Record, including sealing the parties' written plea agreement. As the government mentioned during the August 28, 2006 Plea Hearing, the defendant is likely to testify as a government witness in upcoming terrorism trials to be held out of district. The first such trial is set to begin on or about October 5, 2006, in the Northern District of Illinois. Should Mr. Shorbagi be called as a witness, the government must comply with its Giglio obligations by disclosing to defense counsel

the plea agreement in this case. Accordingly, the government respectfully requests that the Court modify its August 28, 2006 ruling to permit limited disclosure to defense counsel.

Because of the nature of Mr. Shorbagi's cooperation, however, the government also requests the Court impose reasonable constraints on defense counsel, including a prohibition against making copies of plea agreement. The government further requests that the Court order that defense counsel shall be prohibited from disseminating, discussing, or otherwise disclosing any information contained within the plea agreement to any person other than his or her client, personnel in their law practices, and counsel for co-defendants until Mr. Shorbagi takes the stand to testify. That is, the government respectfully requests that the Court order full disclosure only should Mr. Shorbagi testify. Should Mr. Shorbagi not testify, for whatever reason, in the Northern District of Illinois, the government requests that the Court's limited disclosure order remain until such time as it otherwise orders.

The government finally requests that, in recognition of national security implications and the very possible physical threat to the defendant, this Motion be placed under seal.

WHEREFORE, the government respectfully requests that this Court authorize disclosure of the Plea Agreement, as set forth in the attached proposed Order.

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY


KIM S. DAMMERS
ASSISTANT UNITED STATES ATTORNEY

600 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303
(404)581-6187
(404)581-6181 (Fax)
Georgia Bar No. 425317