FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAR 0 5 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

```
      IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN  DISTRICT OF GEORGIA
                  ROME DIVISION
-----------------------------
UNITED STATES OF AMERICA  )    CRIMINAL DOCKET NUMBER
                          )        4:06-CR-62-HLM
         V.               )
                          )        ROME, GEORGIA
MOHAMED SHORBAGI          )    TUESDAY, FEBRUARY 27, 2007
-----------------------------        10:40 A.M.


              TRANSCRIPT OF SENTENCING
      BEFORE THE HONORABLE HAROLD L. MURPHY,
             UNITED STATES DISTRICT JUDGE


APPEARANCES:


   FOR THE UNITED STATES:    KIM DAMMERS, AUSA
                             600 U.S. COURTHOUSE
                             75 SPRING STREET, S.W.
                             ATLANTA, GEORGIA  30303
                             (404) 581-6187



   FOR THE DEFENDANT:        MICHAEL J. TROST
                             SUITE 300
                             1800 PEACHTREE STREET, N.W.
                             ATLANTA, GEORGIA  30309
                             (404) 352-9300




   COURT REPORTER:           DENNIS J. REIDY
                             309 U.S. DISTRICT COURTHOUSE
                             600 EAST FIRST STREET
                             ROME, GEORGIA  30161
                             (706) 291-5610


           PROCEEDINGS RECORDED BY STENOGRAPHY
           TRANSCRIPT PRODUCED BY COMPUTER
```